1 | McGREGOR W. SCOTT
United States Attorney
2 | LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 | Social Security Administration
JACQUELINE A. FORSLUND
4 | Special Assistant United States Attorney

5 | 333 Market Street, Suite 1500
San Francisco, California  94105
6 | Telephone:  (415) 977-8935
Facsimile: (415) 744-0134

7

Attorneys for Defendant

8

9

IN THE UNITED STATES DISTRICT COURT FOR THE

10

EASTERN DISTRICT OF CALIFORNIA

11

| ELIZABETH PURYEAR, | ) | 1:06-cv-330  DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) |  FOR REMAND PURSUANT TO |
| | ) | SENTENCE FOUR OF 42 U.S.C. |
| LINDA S. McMAHON [1] , | ) | § 405(g), and |
| Acting Commissioner of | ) | |
| Social Security, | ) | REQUEST FOR ENTRY OF JUDGMENT |
| | ) | IN FAVOR OF PLAINTIFF AND |
| Defendant. | ) | AGAINST DEFENDANT |
| | ) | |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that this action be remanded to the Commissioner of Social Security for further

administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.

§ 405(g), sentence four.  The purpose of this remand is to offer Plaintiff a new hearing and issue a

new decision.

----

    [1]   On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social
Security.        Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon
should be        substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this
suit.  No        further action need be taken to continue this suit by reason of the last sentence of
section 205(g)        of the Social Security Act, 42 U.S.C. § 405(g).

1        On remand, the Office of Disability Adjudication and Review will instruct the

2  Administrative Law Judge ("ALJ") to take the following action:

3        1.  Identify Plaintiff's severe impairments;

4        2.  Properly consider the Vocational Evaluation Report of Elizabeth Serrano;

5        3.  Make specific credibility findings, based on citations to the record;

6        4.  Resolve any inconsistencies in the vocational expert testimony; and

7        5.  Fully articulate the basis for the decision.

8        The parties further request that the Clerk of the Court be directed to enter a final judgment

9  in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final

10  decision of the Commissioner.

11                                    Respectfully submitted,

12

13  Dated: *January 29, 2007*          */s/ Jerry Persky*
                                        *(As authorized via email and telephone
14                                       on January 29, 2007)*
                                        JERRY PERSKY
15                                      Attorney for Plaintiff

16

17  Dated: *January 29, 2007*          McGREGOR W. SCOTT
                                        United States Attorney
18

19
                                        */s/ Jacqueline A. Forslund*
20                                      JACQUELINE A. FORSLUND
                                        Special Assistant U.S. Attorney
21

22

         IT IS SO ORDERED.
23
         **Dated:   January 31, 2007**          **/s/ Dennis L. Beck**
24  3b142a                                 UNITED STATES MAGISTRATE JUDGE

25

26

27

28