JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 340
Los Angeles, California 90036
Telephone No.  (323) 938-4000
Facsimile No.   (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PURYEAR, ) | Case No. 1:06cv330 DLB |
| ) | |
| Plaintiff, ) | ORDER AWARDING EAJA |
| ) | ATTORNEY FEES |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   The Court, having received a Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA) in the amount of three thousand five hundred dollars and no cents ($3,500.00),

   IT IS HEREBY ORDERED that plaintiff's attorney be awarded EAJA fees in the amount stipulated.

   IT IS SO ORDERED.

   Dated:   April 16, 2007            /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

1